IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 15-17053 NVA** |
| **TINA VICTORIA PORTER-HILL,** | * | |
| | | |
| Debtor. | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR SUNSET MORTGAGE LOAN TRUST, SERIES 2014-1, BY AND THROUGH SELENE FINANCE LP, IT SERVICER AND ATTORNEY-IN-FACT,** | * * * * |
| P.O. Box 421639 Houston, TX  77242, | * |
| Movant, | * |
| v. | * |
| **TINA VICTORIA PORTER-HILL,** 2004 Cliftwood Avenue Baltimore, MD 21213, | * * |
| and | * |
| **MARK J. FRIEDMAN, TRUSTEE,** DLA Piper LLP (US) The Marbury Building 6225 Smith Avenue Baltimore, MD 21209, | * * * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR RELIEF FROM AUTOMATIC STAY TO ALLOW FORECLOSURE**
<u>**(4101 Marx Avenue, Baltimore, Maryland 21206)**</u>

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as trustee for Sunset

Mortgage Loan Trust, Series 2014-1, by and through Selene Finance LP, its Servicer and Attorney-

1

in-Fact (the "Movant"), by its undersigned counsel, pursuant to 11 U.S.C. § 362(d), files this motion seeking relief from the automatic stay of 11 U.S.C. § 362(a) so that it may foreclose on that real property owned by the debtor in the above-captioned case (the "Motion"). In support of the Motion, Movant states as follows:

## Background

1. Tina Victoria Porter-Hill, the debtor in the above-captioned case (the "Debtor"), commenced this proceeding (the "Bankruptcy Case") by filing a petition under chapter 7 of the Bankruptcy Code on May 18, 2015 (the "Petition Date").

2. Mark J. Friedman was appointed to serve as interim trustee in this chapter 7 proceeding, and no other trustee has been appointed. The Trustee has accepted the appointment, has qualified and is acting in that capacity.

3. Prior to the Petition Date, on March 26, 2009, the Debtor and non-debtor individual, Frank Hill, executed a note in favor of Movant, successor by assignment, in the principal amount of $229,489.00 (the "Note"). A true and accurate copy of the Note is attached hereto as *Exhibit A*, and is incorporated herein by reference.

4. The Debtor's obligations under the Note are secured by a Deed of Trust (the "Deed of Trust"), encumbering that real property owned by the Debtor and non-debtor individual, Frank Hill, commonly known as *4101 Marx Avenue, Baltimore, Maryland 21206* ("Property"). A true and correct copy of the Deed of Trust, which was recorded among the Land Records of Baltimore City, Maryland, is attached hereto as *Exhibit B* and is incorporated herein by reference.

5. Pursuant to the terms of the Note the Debtor is required to remit monthly payments to Movant on the first day of each month. If a monthly payment is not received by

Movant by the end of fifteen (15) calendar days after each payment is due, Debtor may be assessed a late fee in the amount of 4% of the overdue payment amount.

6. As of the Petition Date, the principal balance due and owing to Movant under the Note was $224,047.76.

7. According to a State Department of Assessments and Taxation data search, the Property has an assessed value of $154,900.00. A true and correct copy of the data search is attached hereto as **Exhibit C** and is incorporated herein by reference.

8. The Debtor is in default under the Note for non-payment. Specifically, the Debtor has failed to make the payments due and owing to Movant under the Note for December 1, 2010 through and including September 1, 2015, for a total arrearage of $98,175.90, which includes late charges, if applicable, and excludes attorney fees and costs for this proceeding. The current monthly payment is $1,665.62.

## Argument

9. Movant lacks adequate protection of its interest in the Property. *In re Atrium Development Co.*, 159 B.R. 464, 471 (Bankr. E.D. Va. 1993) ("Case law has almost uniformly held that an equity cushion under 11% is insufficient to constitute adequate protection, and case law is at best divided on whether an equity cushion of 12% to 20% constitutes adequate protection.").

11. Debtor does not have an equity in the Property, and it is not necessary to an effective reorganization.

12. Sufficient cause exists warranting relief from the automatic stay imposed by 11 U.S.C. § 362(a) so as to enable Movant to foreclose on the Property. "While the term 'cause' is not defined in the Bankruptcy Code and the legislative history sheds little light on its meaning, it is well established under decisional law that a debtor's failure to make post-petition mortgage payments in

bankruptcy rehabilitation proceedings can constitute cause for relief under § 362(d)(1)." *In re Uvaydov*, 354 B.R. 620, 623-24 (Bankr. E.D.N.Y. 2006) (citing to *Ellis v. Parr (In re Ellis),* 60 B.R. 432, 435 (B.A.P. 9th Cir.1985), *Equitable Life Assurance Soc'y v. James River Assocs. (In re James River Assocs.),* 148 B.R. 790, 797 (E.D.Va.1992) and *In re Davis,* 64 B.R. 358, 359 (Bankr.S.D.N.Y.1986)).

13.    As required by Local Bankruptcy Rule 9013-2, Movant hereby states that no memorandum will be filed and that it will rely solely upon this Motion.

**WHEREFORE**, Movant respectfully requests this Court to enter an Order:

(A)    Lifting the automatic stay imposed by 11 U.S.C. §362(a) to allow Movant to foreclose on the Property; and

(B)    Granting such other and further relief as equity and justice may require.

 /s/ Stephanie H. Hurley
Stephanie H. Hurley, Bar No. 16692
HOFMEISTER, BREZA, & LEAVERS
11350 McCormick Road
Executive Plaza III, Suite 1300
Hunt Valley, Maryland 21031
(410) 832-8822, ext. 213

*Attorneys for Movant*

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on this 21st day of September, 2015, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Tina Victoria Porter-Hill
2004 Cliftwood Avenue
Baltimore, MD 21213
*(Pro Se Debtor)*

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
*(Chapter 7 Trustee)*

                                              /s/ Stephanie H. Hurley
                                              Stephanie H. Hurley