

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | Case No.   15–17053 – NVA |
| Tina Victoria Porter–Hill | Chapter   7 |
| Debtor(s) | |
| Movant(s) | No. 31 |
| Christina Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Sunset Mortgage Loan Trust, Series 2014–1, by and through Selene Finance LP, IT Servicer and Attorney in Fact | |
| vs. | |
| Respondent(s) | |
| Tina Victoria Porter–Hill | |

## ORDER GRANTING RELIEF FROM STAY

   In this case a discharge has been granted to the debtor(s) and the Trustee has completed administration of assets. A remaining undetermined matter is this motion for relief from automatic stay. The entry of the discharge terminated the automatic stay as to an *in personam* action against the debtor(s). 11 U.S.C. § 362(c)(2)(C). The discharge injunction of 11 U.S.C. § 524(a)(2) now permanently bars *in personam* actions against the debtor(s) for discharged debts. The filing by the Trustee of a Report of No Distribution or a Final Report indicates the Trustee's consent to closure of the case. Upon the closure of the case, the automatic stay terminates as to any action to enforce liens against property of the estate. 11 U.S.C. § 362(c)(1).

   Accordingly, the court finds cause exists to terminate the automatic stay imposed by 11 U.S.C. § 362(a) so that the case can be closed.

   It is, therefore by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to Movant(s)' right to execute

upon all liens that have not been avoided.

cc: All Counsel
    Debtor(s)
    Attorney for Debtor(s) – PRO SE
    Chapter 7 Trustee – Mark J. Friedman
    U.S. Trustee

## End of Order

37.1 – *edevine*